United States District Court
Southern District of Texas
**ENTERED**
January 31, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MAURO SERRANO III, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 2:14-CV-77 |
| § | |
| REPUBLIC SERVICES, INC., *et al*, § | |
| § | |
| Defendants. § | |

## **ORDER**

A hearing is set before the undersigned on Thursday, February 2, 2017 at 2:30 p.m. on pending matters including the parties' failure to file a single joint pretrial order. Lead counsel are ordered to appear in person. Counsel are ordered to be prepared to discuss all aspects of the case including, but not limited to, pending motions, Plaintiffs' remaining claims, Defendants' defenses, the jury instructions and verdict form, witnesses, exhibits and other issues relating to the joint pretrial order and trial of this matter. Counsel shall also each bring a copy of their joint pretrial order, attachments and exhibits for the Court.

ORDERED this 31st day of January, 2017.

_____
Jason B. Libby
United States Magistrate Judge